**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**RICHARD C. BROWER,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 2:05CV212-P-A**

**STALEY, INC.,** **DEFENDANT.**

**ORDER**

This matter comes before the court upon Plaintiff's objection to the U.S. Magistrate Judge's August 13, 2007 Order denying Plaintiff's motion to strike or exclude surveillance video [82]. After due consideration of the motion and the response filed thereto, as well as the subject order to which Plaintiff's objects, the court finds as follows, to-wit:

With regard to rulings by a U.S. Magistrate Judge on non-dispositive matters, Fed. R. Civ. P. 72(a) provides in pertinent part: "The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law."

The court concludes that the plaintiff has not demonstrated that the subject ruling by the U.S. Magistrate Judge was clearly erroneous or contrary to law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's objection to the U.S. Magistrate Judge's August 13, 2007 Order denying Plaintiff's motion to strike or exclude surveillance video [82] is **OVERRULED**.

**SO ORDERED** this the 26th day of October, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE